IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PAUL LAYTON,<br>      Plaintiff,<br><br>v.<br><br>ALLSTATE TEXAS LLOYDS, GERALD OLIVER, AND DONYA WEEKFALL,<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 1:24-CV-00047-MJT<br><br>JURY DEMANDED |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Paul Layton, Plaintiff in the above styled and numbered cause of action, and moves the Court to dismiss his cause of action against Defendants Allstate Texas Lloyds, Gerald Oliver, and Donya Weekfall, with prejudice and would respectfully show unto this Honorable Court the following:

I.

Plaintiff herein no longer desires to pursue the matters as set forth in Plaintiff's pleadings for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties hereto.

II.

That the attorney of record for Defendants has agreed and consented to the Order of Dismissal filed with this Motion and has approved same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Thomas Swor, prays that this cause of action be dismissed with prejudice to the right of Plaintiff to refile same or any part thereof as to the Defendants, Allstate Texas Lloyds, Gerald Oliver, and Donya Weekfall; that taxable costs

of Court be assessed against the party incurring same; and that the Court enter an Order dismissing this cause of action with prejudice at the earliest possible date of convenience.

Respectfully Submitted,

*/s/ Michael D. Jack* (signed by permission)
Chad T. Wilson
Bar No. 24079587
Michael D. Jack
Bar No. 24120920
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
cwilson@cwilsonlaw.com
mjack@cwilsonlaw.com
*Attorneys for Plaintiff*


*/s/ Wesley R. Ward*
Wesley R. Ward
State Bar No. 24008235
Hope & Causey, P.C.
P.O. BOX 3188
Conroe, Texas 77305-3188
(936) 441-4673
(936) 441-4674 – Facsimile
hcdocket@hope-causey.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF, e-mail, and/or facsimile on this the 6th day of May, 2024 to:

Chad T. Wilson
Michael D. Jack
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
*Attorneys for Plaintiff*


*/s/ Wesley R. Ward*
Wesley R. Ward