IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PAUL LAYTON, § <br> § <br> *Plaintiff,* § <br> § <br> VS. § <br> § <br> ALLSTATE TEXAS LLOYDS, § <br> GERALD OLIVER, AND § <br> DONYA WEEKFALL, § <br> § <br> *Defendants.* § | CIVIL ACTION NO. 1:24-CV-00047 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice. [Dkt.15]. The Parties seek a dismissal with prejudice as to Plaintiff's cause of action against Defendants in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 6th day of May, 2024.**

_____
Michael J. Truncale
United States District Judge